# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Alley, Frank | U. S. Bankruptcy Court, District of Oregon | 12/03/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

United States Courthouse
405 E. 8th Ave.
Suite 2600
Eugene, OR 97401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Family Trust created 12/2003 |
| 2. | Partner | Laurel St. Land. Co., Medford, OR |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alley, Frank | 12/03/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Oregon State Bar | 4/24/2104-4/26/2014 | Seattle WA | CLE (Faculty and planner) | travel and lodging |
| 2. | State Bar of Montana | 9/3/20145-9/5/2014 | Missoula, MT | CLE (Faculty) | travel and lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Washington Mutual Bank or successor (JPMorgan Chase) | Mortgage on Laurel St. Land property, Medford, OR | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alley, Frank | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Umpqua Bank Savings | A | Int./Div. | J | T | | | | | |
| 2. Umpqua Bank Checking | | None | J | T | | | | | |
| 3. Umpqua Bank Money Market | A | Int./Div. | K | T | | | | | |
| 4. US Bank Money Market/Checking | A | Int./Div. | J | T | | | | | |
| 5. Fidelity Mutual Cap. Appreciation Fund | A | Distribution | J | T | | | | | |
| 6. Fidelity Adv.Diversified Fund | B | Distribution | N | T | | | | | |
| 7. First Americn Equity Income Fund | B | Dividend | M | T | | | | | |
| 8. First Americn Midcap Growth | A | Dividend | M | T | | | | | |
| 9. First American High Income (Bond) | E | Int./Div. | N | T | | | | | |
| 10. T Rowe Price Midcap Growth | B | Dividend | M | T | | | | | |
| 11. T Rowe Price Int'l Growth | B | Dividend | L | T | | | | | |
| 12. Alliant Energy Corp. | A | Dividend | K | T | | | | | |
| 13. American Electrical Power Corp. | A | Dividend | J | T | | | | | |
| 14. Chevron Corp. | A | Dividend | L | T | | | | | |
| 15. Coca Cola Corp. | | | | | Sold | 01/15/14 | K | A | |
| 16. Conoco Phillips Corp. | A | Dividend | J | T | | | | | |
| 17. Duke Energyu Corp. | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alley, Frank | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Exxon Mobil corp. | A | Dividend | K | T | | | | | |
| 19. Johnson Controls | A | Dividend | J | T | | | | | |
| 20. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 21. Marathon Oil Corp. | A | Dividend | K | T | | | | | |
| 22. McDonalds Dorp. | A | Dividend | K | T | | | | | |
| 23. Pepsico | A | Dividend | K | T | | | | | |
| 24. Praxair, Inc. | A | Dividend | K | T | | | | | |
| 25. 3M Corp. | A | Dividend | K | T | | | | | |
| 26. United Parcel Service | A | Dividend | K | T | | | | | |
| 27. Waste Management Corp. | B | Dividend | K | T | | | | | |
| 28. US Treasury Bond | B | Interest | K | T | | | | | |
| 29. Boeing Capital Corp Bond | B | Interest | K | T | | | | | |
| 30. US treasury Note 8/15/12 | B | Interest | K | T | | | | | |
| 31. Bank of America Note | B | Interest | K | T | | | | | |
| 32. Goldman Sachs Group note | B | Interest | K | T | | | | | |
| 33. Royal Bank of Scotlandf | B | Interest | K | T | | | | | |
| 34. FLHMC | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Metlife Inc. Note | B | Interest | K | T | | | | | |
| 36. First Boston USA Note 1/15/14 | B | Interest | | | Matured | 01/15/14 | J | | |
| 37. Allstate Corp. Note | B | Interest | | | Matured | 08/15/14 | J | | |
| 38. Excide Technologies Warrant | A | Interest | J | T | | | | | |
| 39. First America Prime Money Market | D | Interest | O | T | Buy (add'l) | 02/01/14 | J | | |
| 40. | | | | | Sold (part) | 04/01/14 | J | B | |
| 41. | | | | | Sold (part) | 03/03/14 | J | B | |
| 42. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 43. | | | | | Matured (part) | 07/01/14 | J | | |
| 44. | | | | | Buy (add'l) | 08/01/14 | J | | |
| 45. Nuveen Or Intm Muni Bond fund (See Notes) | | | | | Sold | 09/30/14 | K | | |
| 46. Nuveen Inflation Pro Fixed Income Fund | C | Interest | L | T | | | | | |
| 47. Oppenheimer Com. Fixed Income | C | Dividend | L | T | | | | | |
| 48. Pimco Total Return Fund | D | Interest | K | T | Sold (part) | 06/20/14 | K | | |
| 49. Nuveen Large Cap Growth FundVanguard Equity Income Fund (See note) | A | Int./Div. | M | T | Redeemed (part) | 12/16/14 | J | | |
| 50. Vanguard Strategic Equity fund (see note) | | | | | Sold | 09/30/14 | K | | |
| 51. Nuveen Or Intm Muni Bond fund (See Notes) | | | | | Sold | 09/30/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alley, Frank | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Equity Income Income | A | Dividend | J | T | | | | | |
| 53. Aberdeen FDS Emerging Markets (seenote) | A | Dividend | K | T | | | | | |
| 54. Oppenheimer Dev. Markets (see note) | | None | | | Sold | 09/30/14 | K | | |
| 55. Oakmark Global Fund (See note)(See Notes) | | None | | | Sold | 09/30/14 | K | | |
| 56. Vanguard Total Stock Mkt Indx Signal | A | Dividend | K | T | Buy | 06/20/14 | L | | |
| 57. Vanguard Total Stock Mkt Idx Adm | | None | L | T | Spinoff (from line 56) | 10/27/14 | L | | |
| 58. Oppenheimer Dev. Markets | | None | | T | Distributed | 05/28/14 | K | | |
| 59. Oakmark Global Fund | | None | | | Sold | 09/29/14 | K | | |
| 60. | | | | | | | | | |
| 61. Trust 11/03 (filer is trustee) | | | | | | | | | |
| 62. Pacific Continental Bank | A | Int./Div. | J | T | | | | | |
| 63. Amertitrade Account: | | | | | | | | | |
| 64. Willis group | A | Dividend | J | T | | | | | |
| 65. Halyard Health | A | Dividend | J | T | | | | | |
| 66. ITT Corp | A | Dividend | J | T | | | | | |
| 67. International Paper | A | Dividend | J | T | | | | | |
| 68. Kimberly Clark | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alley, Frank | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Kroger Co. | A | Dividend | J | T | | | | | |
| 70. Mylan, Inc/ | A | Dividend | J | T | | | | | |
| 71. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 72. Rio Tinto PLC ADR | A | Dividend | J | T | | | | | |
| 73. Vectrus inc. | A | Dividend | J | T | | | | | |
| 74. VISA Inc | A | Dividend | J | T | | | | | |
| 75. Xylem, Inc | A | Dividend | J | T | | | | | |
| 76. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 59-70:

██████ has maintainmed, since 2000, a separate account in███ name with Ameritrade. The account contains common shares of the twelve companies listed. The account is in ██████ name alonme, and I have not played any part in its management.Through inadvertance -- and inattention-- I have failed to schedule these interests in the past.

The combined value of the account as of December 31, 2014 is $33,000. There have been no distributions since ther account was created, other than a sale in or around 2005 to provide funds for family purposes. .

I have had no cases in which any of the listed companies have been parties.

Amendment notes:

Part VII

Line 45: Nuveen Or Inmtm Muni Bond fund was acquired on 8/8/2012, fovalue code E; an additional acquisition was made on 6/13/2013, value code J (Both at market)

Line 49: Vanguard Equity Income: acquired on 6/3/2013, value code K (Market)

Line 50: Vanguard Startegic Equity Fund: Acquired 11/01/2012, Value Code K (Market)

Line 53: Aberdeen Fds Emerging Markets: Acquired 08/09/2012, Value Code J (Market)

Line 54: Oppenheimer Developing Markets: Acquired 08/08/2012, Value Code K (Market)

Line 55: Oakmark Global fund: acquired 2/6/2013, Value Code K (Market)

The 2013 report showed an interest in Countrywide Home Loans Bond 7/15/09 (Part VII, line 30). This was carried forward in error: the asset was disposed of previously (I believe 2011)..

The 2013 report showed an interest in an account at Salomon Smith Barney. (Part VII, line 3) This was carried forward in error: the asset was disposed of previously. (I believe 2011)

The 2013 report showed an interest ina Prudential Financial Note 4/1/14. . (Part VII, line 39) This was carried forward in error. The asset was disposed of previously. (I believe 2011)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frank Alley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544